THE HONORABLE LAUREN KING

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARREN J. KRESS,<br><br>                 Plaintiff,<br><br>   v.<br><br>T-MOBILE US, INC., a foreign corporation, and T-MOBILE USA, INC., a Washington registered corporation,<br><br>                Defendants. | No. 2:25-cv-00909-LK<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>**NOTE ON MOTION CALENDAR:**<br>February 10, 2026<br><br>Without Oral Argument<br><br>[CLERK'S ACTION REQUIRED] |

## ORDER

THIS MATTER having come on regularly for hearing upon the foregoing Stipulation of the Parties hereto, and it appearing to the Court, after being fully advised, that the above-entitled case should be dismissed; now, therefore, it is hereby pursuant to FRCP 41(a)(1)A)(ii)

ORDERED, ADJUDGED and DECREED that the above-entitled matter be and the same is hereby dismissed with prejudice without costs or attorney's fees.

DATED this 11th day of February, 2026.

_____
The Honorable Lauren King

ORDER GRANTING STIPULATION FOR
DISMISSAL WITH PREJUDICE - 1
(Case No. 2:25-cv-00909-LK)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404